# Exhibit "A"

## IN THE COUNTY COURT OF LINCOLN COUNTY, NEBRASKA

| | | |
|---|---|---|
| CITIBANK (SOUTH DAKOTA), N.A., | ) | CASE NO. |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | COMPLAINT |
| JIMMIE D BRANNAN, | ) ) ) | |
| Defendant. | ) ) | |

COMES NOW the Plaintiff, and for its cause of action against the Defendant, hereby alleges and states as follows:

1. Plaintiff is a banking association existing under the laws of the United States.
2. Defendant or Defendants, whether one or more hereinafter "Defendant" is, and at all pertinent times hereto was, a resident of LINCOLN County, Nebraska.
3. Plaintiff and Defendant entered into a credit card relationship identified with account number ************3751.
4. Defendant used the credit card account, but failed to make payments and went into default.
5. As of January 28, 2010, there is presently due and owing from the Defendant to the Plaintiff the amount of $1,492.58.
6. Defendant is not a member of the Armed Forces of the United States or of its Allies.

WHEREFORE, Plaintiff prays for judgment against the Defendant in the amount of $1,492.58, plus pre-judgment interest thereon as allowed by law, court costs, attorneys fees and post judgment interest at the highest rate allowed by law.

DATED: January 28, 2010

CITIBANK (SOUTH DAKOTA), N.A.,
Plaintiff
By **Original Signed**

ATTY# 16805, 18634, 17833, 20228, 21303, 23113
BRUMBAUGH & QUANDAHL, P.C., L.L.O.
4885 S. 118th Street, Suite 100
Omaha, Nebraska 68137
(402) 554-4400
(402) 554-0339
E-Mail: bqne@bqlaw.com
ITS ATTORNEYS

LT6 09800514

09800514