IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JIMMIE BRANNAN,<br><br>             Plaintiff,<br><br>vs.<br><br>BRUMBAUGH & QUANDAHL, P.C., LLO,<br><br>             Defendant. | 4:12-CV-3092<br><br><br><br>ORDER |

This matter is before the Court on the parties' joint stipulation for dismissal with prejudice (filing 21). The parties have agreed that the case will be dismissed with prejudice, each party to bear its own costs and fees. Accordingly,

IT IS ORDERED:

1. The parties' joint stipulation for dismissal (filing 21) is accepted;

2. The case is dismissed, with prejudice, each party to bear its own costs and fees; and

3. A separate judgment will be issued.

Dated this 2nd day of April, 2013.

BY THE COURT:

John M. Gerrard
United States District Judge